MAURICE FREIMAN v. GIACOMO RICCI, Impleaded with BERTHA SCHWARTZ.—

Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.